FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ALVIN MARCUS MCDONALD

     vs                                                                                          Case No. 5:08cv224-RS/MD

COMMISSIONER OF SOCIAL
SECURITY

_____

## ORDER

Plaintiff's document entitled **"CERTIFICATION" (received 12/30/2008)**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    The document is not in proper form.  <u>The title of the pleading</u>, motion, or other paper must immediately follow the style of the case and <u>shall include a clear, concise and specific identification of the document being filed</u> and the filing party.  The body of the document should state the nature of the filing party's request and the relief sought from the court.  See N.D. Fla. Loc. R. 5.1(B)(2).

    The document does not have a proper signature block.  The typed or printed name and address of the party filing the document must be included with the original signature.  See Fed. R. Civ. P. 11(a).

For these reasons, IT IS ORDERED that:

    The clerk shall file the document and electronically serve a copy on defendant's counsel.

    Other:

DONE and ORDERED this 2nd day of January, 2009.

                                                   /s/ *Miles Davis*
                                                 MILES DAVIS
                                                 UNITED STATES MAGISTRATE JUDGE