IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALVIN MARCUS MCDONALD,

    Plaintiff,

vs.                                        CASE NO. 5:08cv224/RS-MD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 26). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

3. The clerk is directed to close the file.

**ORDERED** on May 14, 2009.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**